# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Corvian Community School, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00638-RJC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Rich Aseltine | ) | |
| Courtney Aseltine | ) | |
| Connor Aseltine, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2023 Order.

September 15, 2023

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court